■ BANK OF AMERICA, N.A., Successor by Merger to BAC HOME LOANS SERVICING, LP, Formerly Known as COUNTRYWIDE HOME LOANS SERVICING, LP, Respondent, v ALETHA ANGEL, Appellant, et al, Defendants. [41 NYS3d 425]—Order, Supreme Court, Bronx County (Howard H. Sherman, J.), entered December 15, 2014, which, in this mortgage foreclosure action, denied the motion of defendant Aletha Angel for sanctions against plaintiff, unanimously affirmed, without costs.

The court properly denied defendant's motion to impose sanctions upon plaintiff absent any showing that plaintiff's conduct was frivolous or without a good faith basis (*see* 22 NYCRR 130-1.1).

We perceive no basis for imposing sanctions against defend-

ant at this time. Concur—Friedman, J.P., Sweeny, Saxe and Gesmer, JJ.